.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Compass Construction et al                    JUDGMENT IN A CIVIL CASE
             vs.                              **Case No.** 2:12-cv- 186

                                              **Magistrate Judge King**

**Indiana Kentucky Ohio Regional
Council of Carpenters of the
United Brotherhood of Carpenters
and Joiners of America, et al**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order filed on August 20, 2012 this action is dismissed.

Date: August 20, 2012.                        **James Bonini, Clerk**

                                              By: <u>s/Rashan Spraggins</u>
                                              Rashan Spraggins , Deputy Clerk